IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Alan Scarlett,<br><br>   Plaintiff,<br><br>vs.<br><br>Maricopa County Board of Supervisors; et al.,<br><br>   Defendants. | No. CV 04-2555–PHX-JAT<br><br>**ORDER** |

The Court agrees with the Report and Recommendation that Plaintiff has failed to show cause why this case should not be dismissed. Therefore,

**IT IS ORDERED** that the Report and Recommendation (Doc. #10) is accepted and adopted;

**IT IS FURTHER ORDERED** that this case is dismissed, without prejudice, for failure to serve and for failure to comply with an Order of this Court.

DATED this 1st day of November, 2005.

_James A. Teilborg_
United States District Judge